**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 24-3444

---

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Keller Williams Realty, Inc.; Realogy Holdings Corp.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC

Defendant

v.

Brown Harris Stevens; The Agency

Intervenors - Appellees

v.

Spring Way Center, LLC; Nancy Wehrheim; John Moratis; Nancy Moratis; Danielle Kay; Jessie Kay; Kaitlyn Slavic; Maria Iannome

Objectors - Appellants

---

No. 24-3450

---

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Keller Williams Realty, Inc.; Realogy Holdings Corp.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC

Defendant

v.

Brown Harris Stevens; The Agency

Intervenors - Appellees

v.

Monty March

Objector - Appellant

---

No. 24-3451

---

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Realogy Holdings Corp.

Defendant

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC; Keller Williams Realty, Inc.

Defendants

v.

Brown Harris Stevens; The Agency

Intervenors - Appellees

v.

Robert Friedman

Objector - Appellant

---

No. 24-3527

---

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Keller Williams Realty, Inc.; Realogy Holdings Corp.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC

Defendant

v.

Brown Harris Stevens; The Agency

Intervenors - Appellees

v.

Benny D. Cheatham; Robert Douglass; Douglas Fender; Dena Fender

Objectors - Appellants

---

No. 24-3585

---

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Keller Williams Realty, Inc.; Realogy Holdings Corp.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC

Defendant

v.

Brown Harris Stevens; The Agency

Intervenors - Appellees

v.

Tanya Monestier

Interested party - Appellant

------------------------------

Manhattan Institute

Amicus on Behalf of Appellant(s)

---

No. 24-3619

---

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Keller Williams Realty, Inc.; Realogy Holdings Corp.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC

Defendant

v.

Brown Harris Stevens; The Agency

Intervenors - Appellees

v.

James Mullis

Objector - Appellant

---

No. 24-3621

---

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Keller Williams Realty, Inc.; Realogy Holdings Corp.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC

Defendant

v.

Brown Harris Stevens; The Agency

Intervenors - Appellees

v.

Rosalie Doyle; Jessica Winters; John Guerra

Interested parties - Appellants

---

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)

---

**JUDGMENT**

Before L.R. SMITH, ERICKSON, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 19, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler